

**U.S. Depar...**

*United Stat...*
*Southern D...*

*The Silvio J. Mol...*
*One Saint Andre...*
*New York, New...*

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _12/11/2020_ |

December 10, 2020

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** ***United States* v. *Jose Munoz*,**
> **12 Cr. 31 (VM); 20 Cv. 8436 (VM)**

Dear Judge Marrero:

The Government respectfully requests an additional 60 days to respond to Munoz's motion pursuant to 28 U.S.C. § 2255 to vacate his sentence. The Government's response is currently due on December 14, 2020. This is the Government's first request for an adjournment. The additional time will enable the Government to further examine the record, review the relevant case materials, and draft its response to Munoz's motion.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

By:     /s/ Michael Gerber
        Michael Gerber
        Assistant United States Attorney
        (212) 637-2470

Cc:  Jose Munoz (by mail)

> The request for a 60-day extension is granted.
>
> **SO ORDERED.**
>
> 12/11/2020
>
> DATE                    VICTOR MARRERO, U.S.D.J.