**U.S. Department of Justice**

*United States [Attorney]*
*Southern Dis[trict of New York]*

*The Silvio J. Mollo [Building]*
*One Saint Andrew's [Plaza]*
*New York, New Yor[k 10007]*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

February 1, 2[021]

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *United States* v. *Jose Munoz*,
             12 Cr. 31 (VM); 20 Cv. 8436 (VM)

Dear Judge Marrero:

     The Government respectfully requests an additional 60 days to respond to Munoz's motion pursuant to 28 U.S.C. § 2255 to vacate his sentence. The Government's response is currently due on February 12, 2021. This is the Government's second request for an adjournment. The additional time will enable the Government to further examine the record, review the relevant case materials, and draft its response to Munoz's motion.

                                    Respectfully Submitted,

                                      AUDREY STRAUSS
                                    United States Attorney

                   By:    /s/ Michael Gerber
                           Michael Gerber
                           Assistant United States Attorney
                           (212) 637-2470

Cc: Jose Munoz (by mail)

---

The request for extension is granted.

**SO ORDERED.**

2/2/2021
DATE

*/s/ Victor Marrero*
VICTOR MARRERO, U.S.D.J.