**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/22

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       -against-<br><br>JOSE MUNOZ,<br><br>                    Defendant. | **ORDER**<br><br>**12 Cr. 31 (VM)** |
| JOSE MUNOZ,<br><br>                    Petitioner,<br><br>       -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | **20 Civ. 8436 (VM)** |

**VICTOR MARRERO, United States District Judge.**

On April 20, 2022, the Court ordered Mark DeMarco ("DeMarco"), former counsel for defendant-petitioner Jose Munoz ("Munoz"), to submit an affidavit addressing Munoz's allegations of ineffective assistance of counsel. (See Cr. Dkt. No. 1807; Civ. Dkt. No. 19.) DeMarco's affidavit was due by April 25, 2022. Since DeMarco has not filed his affidavit, the Court brings DeMarco's attention to its previous Order directing his response to Munoz's allegations in his motion pursuant to 28 U.S.C. § 2255.

1

**SO ORDERED.**

Dated: April 26, 2022
      New York, New York

                                                Victor Marrero
                                                U.S.D.J.