UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/22

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>JOSE MUNOZ,<br>                   Defendant. | **ORDER**<br><br>**12 Cr. 0031 (VM)** |
| JOSE MUNOZ,<br>                   Petitioner,<br><br>    -against-<br><br>UNITED STATES OF AMERICA,<br>                   Defendant. | **20 Civ. 8436 (VM)** |

**VICTOR MARRERO**, United States District Judge.

The request from defendant-petitioner Jose Munoz ("Munoz") for an extension of the time to respond to the Government's opposition to his motion, pursuant to 28 U.S.C. § 2255, (Cr. Dkt. No. 1814; Civ. Dkt. No. 21.) is GRANTED. Munoz's reply brief in further support of his Section 2255 petition is due by July 28, 2022.

**SO ORDERED.**

Dated: June 13, 2022
      New York, New York

                                        _____
                                           Victor Marrero
                                             U.S.D.J.