```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

JOSE MUNOZ,

           Defendant.

**ORDER**

**12 Cr. 0031 (VM)**

---

JOSE MUNOZ,

           Petitioner,

    -against-

UNITED STATES OF AMERICA,

           Defendant.

**20 Civ. 8436 (VM)**

---

**VICTOR MARRERO, United States District Judge.**

The request from defendant-petitioner Jose Munoz ("Munoz") for an extension of the time to respond to the Government's opposition to his motion, pursuant to 28 U.S.C. § 2255, (Civ. Dkt. No. 23), is GRANTED. Munoz's reply brief in further support of his motion is due by August 29, 2022.

**SO ORDERED.**

Dated: July 27, 2022
      New York, New York

                                      _____
                                        Victor Marrero
                                          U.S.D.J.