USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

    -against-

JOSE MUNOZ,

               Defendant.

**ORDER**

**12 Cr. 0031 (VM)**

---

JOSE MUNOZ,

               Petitioner,

    -against-

UNITED STATES OF AMERICA,

               Defendant.

**20 Civ. 8436 (VM)**

---

**VICTOR MARRERO, United States District Judge.**

The request from defendant-petitioner Jose Munoz ("Munoz") for an extension of time to respond to the Government's opposition to his motion, pursuant to 28 U.S.C. § 2255, (Civ. Dkt. No. 25), is GRANTED. Munoz's reply brief in further support of his motion is due by September 28, 2022.

**SO ORDERED.**

Dated: August 31, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.