```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    - against -<br><br>JOSE MUNOZ,<br><br>                Defendant. | **ORDER**<br><br>**12 Crim. 031 (VM)** |
| JOSE MUNOZ,<br><br>                Petitioner,<br><br>    - against -<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | **20 Civ. 8436 (VM)** |

**VICTOR MARRERO, United States District Judge.**

The request from defendant-petitioner Jose Munoz ("Munoz") for an extension of time to respond to the Government's opposition to his motion, pursuant to 28 U.S.C. Section 2255, (Civ. Dkt. No. 30), is GRANTED. Munoz's reply brief in further support of his motion is due by December 30, 2022.

**SO ORDERED.**

Dated:    7 November 2022
            New York, New York

                                              _____
                                                   Victor Marrero
                                                       U.S.D.J.