USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>JOSE MUNOZ,<br><br>　　　　　　　　　Defendant. | **ORDER**<br><br>**12 Crim. 031 (VM)** |
| JOSE MUNOZ,<br><br>　　　　　　　　　Petitioner,<br><br>　　　　- against -<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | **20 Civ. 8436 (VM)** |

**VICTOR MARRERO, United States District Judge.**

　　The request from defendant-petitioner Jose Munoz ("Munoz") for an extension of time to respond to the Government's opposition to his motion, pursuant to 28 U.S.C. Section 2255, (Civ. Dkt. No. 33), is GRANTED. Munoz's reply brief in further support of his motion is due by February 28, 2023.

**SO ORDERED.**

Dated:　　4 January 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

1