UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff/Respondent,

    - against -

JOSE MUNOZ,

                Defendant/Petitioner.

**12 Cr. 00031 (VM)**
**20 Civ. 8436 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The resentencing of the Defendant/Petitioner, Jose Munoz, is hereby scheduled for November 17, 2023 at 11:00 a.m.

**SO ORDERED.**

Dated:    2 August 2023
            New York, New York

                                        _____
                                          Victor Marrero
                                            U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2023