```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

JOSE MUNOZ,

                Defendant.

**12 Cr. 31 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a conference in this matter for October 20, 2023, at 9:30 a.m., regarding appointment of counsel for Defendant.

**SO ORDERED.**

Dated:    5 October 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.