```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE MUNOZ,

                Petitioner/Defendant,

    - against -

UNITED STATES OF AMERICA,

                Respondent/Plaintiff.

**20 Civ. 8436 (VM)**

**12 Cr. 31 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Government is hereby directed to respond within seven (7) days to petitioner's motion (see Dkt. No. 44 in No. 20 Civ. 8436) to reopen his time to file an appeal.

**SO ORDERED.**

Dated:    12 October 2023
            New York, New York

                                      Victor Marrero
                                      U.S.D.J.