**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/23

JOSE MUNOZ,

                Petitioner,

- against -

UNITED STATES OF AMERICA,

                Respondent.

**20 Civ. 8436 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Petitioner Munoz moves to reopen his time to file an appeal. (See Dkt. No. 44.) The Government does not oppose Munoz's motion. (See Dkt. No. 47.) Accordingly, Munoz's motion is hereby **GRANTED**. Given that Munoz has alleged that there have been delays in his receiving notice of docket activity in this matter (see Dkt. No. 44), Munoz shall file a notice of appeal within fourteen (14) days of his receiving actual notice of this Order. The Clerk's Office is respectfully directed to docket this Order in this matter and in the related criminal matter, No. 12 Cr. 31.

**SO ORDERED.**

Dated:    20 October 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.