```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

   - against -

JOSE MUNOZ,

                Defendant.

12 Cr. 31 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defense counsel requests that Defendant be assigned new counsel in this matter due to a conflict of interest. (See Dkt. No. 1856.) Defense counsel's request is hereby **GRANTED**. The Clerk of Court is respectfully directed to terminate any motions pending at Docket Nos. 1855 and 1856.

    The Court hereby schedules a conference in this matter for November 17, 2023, at 11:30 a.m., regarding appointment of new counsel for Defendant.

**SO ORDERED.**

Dated:    9 November 2023
           New York, New York

                                        Victor Marrero
                                        U.S.D.J.