**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

JOSE MUNOZ

Defendant.

**12 Cr. 31-61 (VM)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/26

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the Second Circuit's mandate and order, directing this Court to "vacate the judgment of conviction as to either Count Ten or Eleven and resentence Appellant consistent with the Supreme Court's decisions in Lora v. United States, 599 U.S. 453 (2023) and Barrett v. United States, 607 U.S. 128 (2026), as well as [the Second Circuit's] opinion in United States v. Barrett, 172 F.4th 210 (2d Cir. 2026)." (Dkt. No. 1918.)

Accordingly, it is hereby

**ORDERED** that the parties are directed to file a joint proposed briefing schedule as to which count should be vacated within fourteen (14) days of this Order.

**SO ORDERED.**

Dated: 17 November 2026
New York, New York

Victor Marrero
U.S.D.J.